```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LARRY DALE JOHNSON,              :
        Plaintiff                :
             v.                  :Case No. 3:11-cv-158-KRG-KAP
MICHAEL CASH, D.O.,              :
        Defendant                :
```

## MEMORANDUM ORDER

Plaintiff's motion for reconsideration, docket no. 16, was referred to Magistrate Judge Keith A. Pesto in accordance with 28 U.S.C.§ 636(b) and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on October 1, 2012, docket no. 18, recommending that the motion be denied. The parties were notified, pursuant to 28 U.S.C.§ 636(b)(1), that they had fourteen days to serve and file written objections to the Report and Recommendation. Plaintiff filed timely objections, docket no. 20, that are meritless.

Correspondence with plaintiff has been returned as undeliverable. See docket no. 22. In a companion case, Johnson v. Warden, Case No. 3:12-cv-158-KRG-KAP (W.D.Pa.), plaintiff filed a change of address. He did not do so in this case and it is the litigant's responsibility to keep the Clerk informed of changes of address at every case: it is not the Clerk's responsibility to search one change of address to see if it might be applicable to other cases. Although notice is being sent to what plaintiff claimed in Case No. 12-159 to be his current address, the Clerk need not change the address at this number.

Upon de novo review of the record of this matter, the following order is entered:

AND NOW, this **3rd** day of December 2012, it is

ORDERED that the motion for reconsideration, docket no. 16, is denied.

BY THE COURT:

/s/ Kim R. Gibson

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

    Larry D. Johnson, Reg. No. 65400-065
    c/o Tom Barrett
    Solano County Public Defender's Office
    675 Texas Street
    Fairfield, CA 94533